STATE v. YOUNG

No. 129P02

Case below: 148 N.C. App. 462

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STEPHENSON v. BARTLETT

No. 94PA02

Case below: Johnston County Superior Court

Motion by plaintiffs to strike affidavits of Gary Bartlett and Ferrel Guillory denied 9 May 2002. Plaintiffs' renewed motions for rulings on plaintiffs' motion for suspension of rules, petition for a writ of supersedeas, and petition for expedited discretionary review dismissed as moot 9 May 2002.

STILWELL v. GUST

No. 72P02

Case below: 148 N.C. App. 128

Petition by defendant/third party plaintiff (Gust) for discretionary review pursuant to G.S. 7A-31 denied 23 April 2002.

TAYLOR v. CITY OF LENOIR

No. 95A01-2

Case below: 148 N.C. App. 269

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

WADDELL v. WILLIAMS

No. 199P02

Case below: 149 N.C. App. 671

Motion by defendant for temporary stay denied 23 April 2002.